# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CALVIN LEON MASSEY,        )
                                  )
      Petitioner,       )
                                  )     CIVIL ACTION NO.
      v.                )      2:17cv594-MHT
                                  )          (WO)
STATE OF ALABAMA, et al.,  )
                                  )
      Respondents.      )

## OPINION

Plaintiff filed a self-styled "Request for Declaratory Judgment Action," which the court treats as a petition for habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of his 2012 guilty plea convictions for two counts of attempted murder. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be dismissed because the required permission has not been obtained from the Eleventh Circuit Court of Appeals. Also before the court are petitioner's objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of November, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE