IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CALVIN LEON MASSEY,           )
                              )
     Petitioner,              )
                              )    CIVIL ACTION NO.
     v.                       )      2:17cv594-MHT
                              )          (WO)
STATE OF ALABAMA, et al.,     )
                              )
     Respondents.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner's objections (doc. no. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is dismissed because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of November, 2017.

                                        /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**